UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEHUE KAWIKA FREEMON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT, et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-2015-ODW(DTBx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [16]** |

　　　Defendants' Motion to Dismiss is pending before this Court.  (Dkt. No. 16.)  Plaintiff failed to timely oppose Defendants' Motion.  Such inaction may be deemed consent to the granting of the Motion.  *See* L.R. 7-9; L.R 7-12.

　　　The Court has reviewed Plaintiff's Complaint and has considered Defendants' arguments in support of their Motion.  For the reasons discussed in the Motion papers, the Court hereby **GRANTS** the Motion to Dismiss.

　　　Plaintiff may file a first amended complaint within 10 days of this order.  Failure to do so will result in dismissal of this action.

**IT IS SO ORDERED.**

June 18, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE