**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEHUE KAWIKA FREEMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. CV 12-02015 VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: April 3, 2013

　　　　　　　　　　　　　　　　　　　　　　　*Virginia A. Phillips*
　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge